476 A.2d 983

Commonwealth v. Johnson, Appellant.

Reargument Denied June 29, 1984.

Petition for Allowance of Appeal Denied Jan. 7, 1985.

598

Submitted June 23, 1983. Mitchell S. Strutin, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

We affirm the order of December 10, 1981 from which appeal was taken at 45 Philadelphia 1982. The appeal at 168 Philadelphia 1982 is dismissed as appellant has not raised any issue relative to this appeal.

BROSKY, J., filed a dissenting memorandum.